DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

D.D.R.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2535

_____

March 13, 2026

Appeal from the Circuit Court for Pasco County; James R. Stearns, Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

D.D.R. appeals an order revoking her probation for the offense of burglary of an unoccupied conveyance, adjudicating her delinquent, and placing her in a moderate risk facility. This is one of D.D.R.'s six appeals of similar orders entered by the delinquency court after a consolidated revocation hearing in all six cases. We reverse the order on the basis of

this court's recent opinion in the related case of *D.D.R. v. State*, 51 Fla. L. Weekly D226 (Fla. 2d DCA Feb. 6, 2026).

Reversed and remanded.

VILLANTI, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.